

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00016-CV

Ronald **RODRIGUEZ** and The Law Offices of Ronald Rodriguez, P.C.,
Appellants

v.

Juan J. **CRUZ** and J. Cruz & Associates, LLC,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVK001183D4
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               Sandee Bryan Marion, Chief Justice (Ret.)[1]

Delivered and Filed: August 14, 2024

DISMISSED

Appellants have filed an agreed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them. *See id.* R. 42.1(d).

PER CURIAM

---

[1] The Honorable Sandee Bryan Marion, Chief Justice (Retired) of the Fourth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.